# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE RON KENT, PAHRUMP
JUSTICE OF THE PEACE, COUNTY
OF NYE, STATE OF NEVADA.

No. 69980

FILED

MAR 17 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on March 16, 2016, with the filing of a certified copy of Stipulation and Consent Order for Resignation. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 29 (upon entry of an order of discipline pursuant to a stipulation and consent, the commission must file a certified copy of the order with the clerk of the supreme court). Because this is a consent order, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____ C.J.

cc: Gentile, Cristalli, Miller, Armeni & Savarese, PLLC
Law Offices of Kathleen M. Paustian, Chartered
Nevada Commission on Judicial Discipline